U.S. DISTRICT JUDGE RONALD B. LEIGHTON
U.S. MAGISTRATE JUDGE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL A. MCGOVERN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | NO. 3:11-cv-05148-RBL -KLS<br><br>ORDER ALLOWING FILING OF<br>RECORDS UNDER SEAL |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion to Allow Filing of Records Under Seal [ECF 16], and good cause having been shown, now, therefore, it is hereby

ORDERED that the 7 pages of records filed with this Motion shall be filed under seal.

DATED this 19th day of September, 2011.

　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER ALLOWING FILING OF RECORDS UNDER SEAL - [3:11-cv-05148-RBL -KLS] -Page 1

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226

Presented by:

S/Eitan Kassel Yanich

Eitan Kassel Yanich, WSBA #13690

Attorney for Plaintiff

ORDER ALLOWING FILING OF RECORDS UNDER SEAL - [3:11-cv-05148-RBL -KLS] -Page 2

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226