UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL A. MCGOVERN,<br><br>                 Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                 Defendant. | NO. 3:11-cv-05148-RBL -KLS<br><br>ORDER ALLOWING FILING OF RECORDS UNDER SEAL |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion to Allow Filing of Records Under Seal [ECF 16], and good cause having been shown, now, therefore, it is hereby

ORDERED that the 7 pages of records filed with this Motion shall be filed under seal.

DATED this 19th day of September, 2011.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

1

2  Presented by:
   S/Eitan Kassel Yanich
3  Eitan Kassel Yanich, WSBA #13690
   Attorney for Plaintiff

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24