U.S. DISTRICT JUDGE RONALD B. LEIGHTON
U.S. MAGISTRATE JUDGE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MICHAEL A. MCGOVERN, )
)
               Plaintiff, ) NO. 3:11-cv-05148-RBL -KLS
  vs. )
) ORDER TO CORRECT THE
MICHAEL J. ASTRUE, ) ADMINISTRATIVE RECORD
Commissioner of Social Security, )
)
               Defendant. )

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Correct the Record, the Defendant not opposing said motion, and the Court agreeing that the administrative record filed in this case is incorrect and should be corrected, good cause having been shown, now, therefore, it is hereby

ORDERED that Defendant file with this court a Supplement to the Sealed Administrative Record that includes the six pages of records numbered 732 through 737 that were filed under seal in support of this motion.

DATED this 19th day of September, 2011.

                                          Karen L. Strombom
                                          United States Magistrate Judge

1

2  Presented by:

3  S/Eitan Kassel Yanich
   Eitan Kassel Yanich, WSBA #13690
4  Attorney for Plaintiff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24