UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL A. MCGOVERN,

                Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security

                Defendant.

Case No. 3:11-cv-05148-RBL-KLS

ORDER DENYING PLAINTIFF'S MOTION TO CORRECT THE RECORD

      This matter comes before the Court on plaintiff's filing of a motion to correct the record. See ECF #15.  In that motion, plaintiff asks the Court to order defendant to file a supplemental transcript containing six pages plaintiff asserts he previously filed with the ALJ, but which were not included in the transcript originally filed with the Court.  Defendant requests that plaintiff's motion be denied, arguing the Court lacks the authority to supplement or alter the record in any way, but instead is limited to determining whether remand is proper based on evidence that is new and material, is submitted for the first time to the Court, and when good cause exists for not having submitted that evidence earlier. See ECF #22.

      The Court finds, however, that it is more appropriate to consider these issues along with the merits of the claims raised and addressed in the parties' briefing.  Plaintiff's motion to correct

ORDER - 1

1 the record (see ECF #15), therefore, hereby is DENIED.  The Clerk is directed to send a copy of
2 this order to counsel for plaintiff and counsel for defendants.
3       DATED this 24th day of October, 2011.

                                            Karen L. Strombom
                                            United States Magistrate Judge

ORDER - 2